IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-CV-00306-RBJ

TONY BOYER,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
CELERITY SOLUTIONS GROUP, LLC　　　　)
DARA TRIBELHORN,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　Defendants.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

**DEFENDANTS' DISCLOSURE PURSUANT TO F.R.C.P. 7.1**

The Defendants, CELERITY SOLUTIONS GROUP, LLC (referred to as "Celerity") and DARA TRIBELHORN (referred to as "Tribelhorn"), by and through their attorney, PEGGY E. STEVENS, respectfully submit their Disclosure Pursuant to F.R.C.P. 7.1.

1.　Celerity has no parent corporation.

2.　No publicly held corporation owns 10% or more of the stock of Celerity.

DATED March 4, 2019.

Respectfully submitted,

_s/Peggy E. Stevens_
Peggy E. Stevens, Esq.
LAW OFFICES OF PEGGY STEVENS, P.C.
PO Box 260271
Lakewood, CO 80226-0271
Telephone: (303 274-4300
Telefax: (303) 274-4302
Email: pstevens@peggystevenslaw.com
Attorney for the Defendants, Celerity Solutions Group, LLC and Dara Tribelhorn

## CERTIFICATE OF SERVICE

I hereby certify that I have on March 4, 2019 served a true and accurate copy of the foregoing **DEFENDANTS' DISCLOSURE PURSUANT TO F.R.C.P. 7.1** by the following method to the following:

> Kevin J. Dolley, Esq.
> LAW OFFICES OF KEVIN J. DOLLEY, LLC
> 2726 South Brentwood Blvd
> St. Louis, MO 63144

- ☐ Regular Mail, Postage Prepaid
- ☐ Certified Mail, Return Receipt Requested, Postage Prepaid
- ☐ Telefax Transmission to
- ☐ Hand Delivery
- ■ Email Transmission through CM/ECF

_s/ Bridget Beckett_
Bridget Beckett