IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 19-cv-00306-RBJ | Date: July 24, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TONY BOYER<br>**Plaintiff** | *Kevin J. Dolley* |
| v. | |
| CELERITY SOLUTIONS GROUP, LLC<br>DARA TRIBELHORN<br>**Defendants** | *Logan R. Martin* |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session: 9:00 a.m.

Appearance of counsel.

Discussion held on claims and limited discovery including depositions as to conditional class certification.

Motion for conditional class certification is due on or before September 13, 2019, response due by September 27, 2019, reply due October 7, 2019.

**The Court accepts and amends the proposed limits and deadlines which include:**

Discovery cut-off: May 25, 2020.

Dispositive motion deadline: June 24, 2020.

**CLASS CERTIFICATION HEARING** is set for **October 18, 2019 at 10:30 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**FIVE DAY JURY TRIAL** is set for **October 5, 2020, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **September 2, 2020, at 1:30 p.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

Discussion held on defenses.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  9:30 a.m.             Hearing concluded.             Total time in Court:  00:30