16281 Hawkstone Place
Parker, CO 80134
www.celeritysolutionsgroup.com


**CELERITY**
SOLUTIONS GROUP, LLC

Toll Free   866-832-2844
Main        303-723-7200
Fax         303-723-7210

**OVERTIME POLICY**



**EXHIBIT D**

## PURPOSE

To provide a uniform policy regarding overtime to Celerity Solutions Group Associates that conforms with the U.S. Department of Labor guidelines and Fair Labor Standards Act.

## POLICY

1. Any hours worked over 40 hours for Associates on production (non-exempt employee) is considered overtime. This excludes any time off for any reason such as PTO time. For example, if one worked 32 hours and had 8 hours of PTO time, overtime would not be applicable until accrual of 40 actual work hours.

2. Overtime must have prior approval from the Transcription Coordinator.

3. Because our pay is based on production, overtime is calculated as follows:

   (Total Number of Lines For the Week x Base Rate) ÷ Number of Hours Actually Worked = Average Hourly Rate
   Average Hourly Rate + Half of Average Hourly Rate = Overtime Pay Rate
   Overtime Pay Rate x Number of Overtime Hours Worked = Overtime Compensation

   Example:    Total lines per week = 8700    Base Rate = 0.06    Number of Hours Worked = 48

   (8700 x 0.06) ÷ 48 = $10.88 average/hour
   $10.88 + $5.44 = $16.32 (Overtime Pay Rate)
   $16.32 x 8 hours = $130.56 of Overtime Compensation

Signature _____    Date _____



Ex # 3   Rptr: JB
Name: DTribelhorn
Date: 9/3/19
*Stevens-Koenig Reporting*

Rev. 01/2019

DT 4537