## Associate Performance Evaluations

Transcription Coordinators and Associates are strongly encouraged to discuss job performance and goals on an informal day-to-day basis. A formal written performance evaluation will be conducted following the Associate's 90-day probation and annually thereafter on date of hire.

## QA Policy

CSG takes our QA policy very seriously to ensure the highest quality healthcare documentation is consistently delivered to our clients and to provide feedback and continued education to CSG Associates. QA consists of 2 parts, concurrent review and retrospective review. Concurrent review consists of 100% review for new Associates as well as CSG Associates training on new accounts with a 98% accuracy level. Retrospective review consists of quarterly review with a 98% accuracy rate. Please see the QA Policy for specifics.

## Professional Conduct

CSG maintains high standards of conduct for all of our Associates. While no code of conduct can address the appropriate behavior for every situation, CSG relies on each Associate to make a judgment of what is right and proper in any particular situation. Associates are expected to conduct themselves professionally and to demonstrate respect for the rights and well-being of any individual with whom they interact, whether they be our clients or their coworkers. As an Associate, you are responsible to become familiar with policies and guidelines governing appropriate Associate conduct. Failure to adhere to those guidelines, as demonstrated by engaging in any action that jeopardizes the well-being of the organization or any individual with whom the Associate comes in contact through the delivery of service, may result in disciplinary action. Please refer to the CSG Disciplinary Policy for further information.

## Anti-harassment Policy

CSG will not tolerate harassment or intimidation of our Associates on any basis, including race, color, sex, gender, religion, national origin, disability, marital status, or other legally protected status. Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal, written, or physical conduct of a sexual nature.

Any Associate who believes that he/she has been or is being subjected to any harassing behavior should report the conduct to their Transcription Coordinator or to Support Services immediately. Support Services will then coordinate a thorough investigation into the alleged misconduct. Actions taken internally to investigate and resolve complaints of harassment will be conducted confidentially to the extent practicable.

No Associate who files a complaint of alleged harassment shall be subject to retaliation of any kind for reasons of filing such a complaint. Any Associate who engages in behavior which is confirmed to be of a sexually harassing nature will be subject to progressive discipline up to and including discharge.

Ex # 7 Rptr: JG
Name: D. Tribelhorn
Date: 9/3/19
Stevens-Koenig Reporting

Page 11 of 18

DT 0015