# Offer of Employment and Employment Contract

Exhibit #: 18
Name: D. Tribelhorn
Rptr: JB   Date: 9/3/19
Stevens-Koenig Reporting

EXHIBIT F

Employee Name: _____Aimee Laney_____   Date: 03/11/2015

Address: _____██████████████████████████_____

Dear Aimee:

We are pleased to offer you the position of medical transcriptionist/editor with Celerity Solutions Group, LLC ("Company"). Your start date, manager, compensation, benefits, and other terms of employment will be as set forth below and on EXHIBIT A.

TERMS OF EMPLOYMENT

1. **Position and Duties.** Company shall employ you, and you agree to competently and professionally perform such duties as are customarily the responsibility of the position as set forth in the job description attached as EXHIBIT A and as reasonably assigned to you from time to time by your Manager as set forth in EXHIBIT A.

2. **Outside Business Activities.** During your employment with Company, you shall devote competent energies, interests, and abilities to the performance of your duties under this Agreement. During the term of this Agreement, you shall not, without Company's prior written consent, render any services to others for compensation or engage or participate, actively or passively, in any other business activities that would interfere with the performance of your duties hereunder or compete with Company's business.

3. **Employment Classification.** You shall be a Full Time Employee and shall be entitled to benefits after 90-day probation as specifically outlined herein.

4. **Compensation/Benefits.**

    4.1   **Wage.** Company shall pay you the wage as set forth in the job description attached as EXHIBIT A.

    4.2   **Withholdings.** All compensation paid to you under this Agreement, including payment of salary and taxable benefits, shall be subject to such withholdings as may be required by law or Company's general practices.

    4.3   **Benefits.** You will also receive Company's standard employee benefits package (including health insurance), and will be subject to Company's PTO policy as such package and policy are in effect from time to time.

5. **At-Will Employment.** Either party may terminate this Agreement by written notice at any time for any reason or for no reason. This Agreement is intended to be and shall be deemed to be an at-will employment Agreement and does not constitute a guarantee of continuing employment for any term.

## EXHIBIT A

### Medical Transcriptionist

**Start date:**   03/11/2015

**Hours:**   Full Time. Tuesday thru Saturday, generally 8:00 pm PST until finished.

**Location:**   Home office.

**Managers:**   Dara Tribelhorn, CEO and Denise Vadnais, Director of Operations

**Transcription Coordinator:**   Denise Vadnais, CMT and Mary Byrne.

**Duties:**   Medical Transcriptionist/Speech Recognition Editor: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinators (TC) Denise Vadnais and Mary Byrne.

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:**   Transcription rate will be $0.07 per 65-character line.
Editing rate will be $0.05 per 65-character line.

**Review dates:**   90-day review: 06/11/2015
Annual review: March

**Increases:**   Increases based on performance, certification, and merit.

**Benefits:**   CSG Benefits Guides and terms to be sent to you:
Health Insurance -- Anthem BCBS
Dental Insurance -- Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA -- American Funds

**Other terms of employment:**

This position is entered into as probationary and there will be a 90-day probation period to assess your skills and quality of work at which time a retrospective Quality Assurance check will be completed. Successful completion of probation would include passing QA of 98% or better. Please see CSG QA Policy for further details. At that time new hire benefit contributions that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid for further details.

Acknowledged, Accepted, and Agreed -- Exhibit A:


Employee Signature_____Aimee Laney_____ Date _____03/19/15____

DT 0116

## EXHIBIT A

### Medical Transcriptionist

**Start date:** 06/05/2012

**Hours:** Minimum of 40 hours per week, Monday thru Friday to start, 8 am to 5 pm.

**Location:** Home office.

**Managers:** Jean LoPizzo, COO and Dara Tribelhorn, CEO

**Transcription Coordinator:** Denise Vadnais, CMT

**Duties:** Medical Transcriptionist/Speech Recognition Editor: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinator (TC) Denise Vadnais.

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:** Transcription rate will be $0.06 per 65-character line.
Editing rate will be $0.06 per 65-character line.

**Review dates:** 90-day review: 09/05/2012
Annual review: June

**Increases:** Increases based on performance, certification, and merit.

**Benefits:** After 90-day probation - CSG Benefits Guides and terms will be sent to you:
Health Insurance – Anthem BCBS
Dental Insurance – Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA – American Funds

**Other terms of employment:**

This position is entered into as probationary and there will be a 90-day probation period. During the probation period you will be considered a contractor and will be paid 1099 wages. Checks will be mailed to you on or before the actual pay date. Direct deposit and tax withholding will go into effect the first pay date after the completion of the 90-day probation, anticipated to be 09/05/2012.

New hire benefits that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid.

Acknowledged, Accepted, and Agreed – Exhibit A:

Employee Signature _____[signature: Amy Irwin]_____    Date  6-5-12

DT 0124

## EXHIBIT A

### Medical Transcriptionist

**Start date:** 03/11/2015

**Hours:** Full Time. Monday thru Friday, generally 8 am to 4 pm MST. Some hours on Saturday to finish up if necessary.

**Location:** Home office.

**Managers:** Dara Tribelhorn, CEO and Denise Vadnais, Director of Operations

**Transcription Coordinator:** Denise Vadnais, CMT and Mary Byrne.

**Duties:** Medical Transcriptionist/Speech Recognition Editor: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinators (TC) Denise Vadnais and Mary Byrne.

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:** Transcription rate will be $0.08 per 65-character line.
Editing rate will be $0.06 per 65-character line.

**Review dates:** 90-day review: 06/11/2015
Annual review: March

**Increases:** Increases based on performance, certification, and merit.

**Benefits:** CSG Benefits Guides and terms to be sent to you:
Health Insurance – Anthem BCBS
Dental Insurance – Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA – American Funds

**Other terms of employment:**

This position is entered into as probationary and there will be a 90-day probation period to assess your skills and quality of work at which time a retrospective Quality Assurance check will be completed. Successful completion of probation would include passing QA of 98% or better. Please see CSG QA Policy for further details. At that time new hire benefit contributions that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid for further details.

Acknowledged, Accepted, and Agreed – Exhibit A:

Employee Signature _____[signature]_____   Date 3-19-15

DT 0289

## EXHIBIT A
## Medical Transcriptionist

**Start date:** 06/04/2013

**Hours:** Part time minimum 20 hours per week. Tuesday thru Saturday 10 am to 2 pm; hours to be adjusted to maximize work volume available. Move to fulltime after 90-days.

**Location:** Home office.

**Managers:** Dara Tribelhorn, CEO, Denis Vadnais, CMT, Operations Manager

**Transcription Coordinators:** Denise Vadnais, CMT and Monique Pappalardo, CMT

**Duties:** <u>Medical Transcriptionist/Speech Recognition Editor</u>: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinator (TC) Denise Vadnais.

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:** Transcription rate will be $0.075 per 65-character line.
Editing rate will be $0.06 per 65-character line.

**Review dates:** 90-day review: 09/04/2013
Annual review: June

**Increases:** Increases based on performance, certification, and merit.

**Benefits:** CSG Benefits Guides and terms to be sent to you:
Health Insurance – Anthem BCBS
Dental Insurance – Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA – American Funds

**Other terms of employment:**

This position is entered into as probationary and there will be a 90-day probation period. During the probation period you will be considered a contractor and will be paid 1099 wages. Checks will be mailed to you on or before the actual pay date. Direct deposit and tax withholding will go into effect the first pay date after the completion of the 90-day probation, anticipated to be 09/04/2013.

New hire benefits that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid.

Acknowledged, Accepted, and Agreed – Exhibit A:

Employee Signature _Patricia G Nuson_ Date _06/04/2013_

DT 0332

## EXHIBIT A

### Medical Transcriptionist

**Start date:** 03/11/2015

**Hours:** Full Time. Monday thru Friday, generally 6 to 8 am PST until finished, occasional weekend help.

**Location:** Home office.

**Managers:** Dara Tribelhorn, CEO and Denise Vadnais, Director of Operations

**Transcription Coordinator:** Denise Vadnais, CMT and Mary Byrne.

**Duties:** <u>Medical Transcriptionist/Speech Recognition Editor</u>: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinators (TC) Denise Vadnais and Mary Byrne.

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:** Transcription rate will be $0.075 per 65-character line.
Editing rate will be $0.055 per 65-character line.

**Review dates:** 90-day review: 06/11/2015
Annual review: March

**Increases:** Increases based on performance, certification, and merit.

**Benefits:** CSG Benefits Guides and terms to be sent to you:
Health Insurance – Anthem BCBS
Dental Insurance – Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA – American Funds

#### Other terms of employment:

This position is entered into as probationary and there will be a 90-day probation period to assess your skills and quality of work at which time a retrospective Quality Assurance check will be completed. Successful completion of probation would include passing QA of 98% or better. Please see CSG QA Policy for further details. At that time new hire benefit contributions that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid for further details.

Acknowledged, Accepted, and Agreed – Exhibit A:

Employee Signature _Anne G Shape_ Date _4-3-15_

DT 0375

# EXHIBIT A

## Medical Transcriptionist

**Start date:** 07/23/2017

**Hours:** Full Time. Sunday thru Thursday 4:30 am to 1:00 pm EST.

**Location:** Home office.

**Managers:** Dara Tribelhorn, CEO and Denise Vadnais, Director of Operations

**Transcription Coordinator:** Denise Vadnais, CHDS.

**Duties:** <u>Medical Transcriptionist/Speech Recognition Editor</u>: You are responsible for the transcription and/or editing and completion of daily dictation from your assigned accounts. You will provide your own computer, internet service, foot pedal, headset, and reference books. Company will provide account specific training, instructions, samples, mentoring, feedback, and support necessary to perform your duties. You will directly report to your Transcription Coordinator (TC).

Additional job responsibilities may be assigned from time to time within your scope of expertise.

**Compensation:** Transcription rate will be $0.075 per 65-character line.
Editing rate will be $0.0575 per 65-character line.

**Review dates:** 90-day review: 10/20/2017
Annual review: July

**Increases:** Increases based on performance, certification, and merit.

**Benefits:** CSG Benefits Guides and terms to be sent to you:
Health Insurance – Anthem BCBS
Dental Insurance – Assurant Employee Benefits
Supplemental Insurance - AFLAC
Simple IRA – American Funds

**Other terms of employment:**

This position is entered into as probationary and there will be a 90-day probation period to assess your skills and quality of work at which time a retrospective Quality Assurance check will be completed. Successful completion of probation would include passing QA of 98% or better. Please see CSG QA Policy for further details. At that time, new hire benefit contributions that will be available to you will be determined by your production level as of 90 days. Please see the CSG Production Standards & Benefits Grid for further details.

Acknowledged, Accepted, and Agreed – Exhibit A:

Employee Signature _[signature]_  Date 7/20/2017