

## SECTION III – COMPENSATION PROGRAM

Compensation Program

Your understanding of our compensation program is important to us. The following principles guide the decisions that we make in the design and ongoing administration of our compensation program.

- Every Associate's pay will be fair and equitable when compared with the pay of other CSG Associates.
- Every Associate is entitled to an explanation of how his/her pay is determined.
- The rates of pay at CSG will be competitive with the average rates paid for comparable jobs in the industry.
- Pay increases will be awarded in such a way as to stimulate and reward superior levels of performance on the part of the CSG Associate.
- The pay program will be structured to comply with all applicable State and Federal statutes and regulations.

## Hours of Work

A work week consists of 7 consecutive 24-hour days. A normal full-time work week consists of 40 hours. Any non-exempt Associate who works in excess of 40 hours in a given work week will be eligible for overtime pay; however, prior approval for OT must be obtained. Please refer to CSG Overtime Policy.

Because of the nature of the services we provide, you may be called upon to change your work schedule as required by staffing and workload. Decisions regarding work schedules are always made with the benefit of the customer in mind. While work schedules are not changed capriciously, it is important for Associates to understand that the need to make such changes in work schedules may, in fact, arise. Your Transcription Coordinator will inform you as far in advance as possible if such changes are necessary.

Full time Associates will receive 1 day of rest in every calendar week.

## Pay Policies/Practices

All Associates are paid semimonthly. Each pay period begins on the 1st or the 16th of the month. Please refer to annual Payroll Schedule for anticipated pay days.

Associates of CSG are required to have direct deposit to have their paycheck deposited directly into their checking or savings account. Forms for initiating direct deposit will be made available from Support Services to all Associates at the time of hire.

Direct deposit pay stubs are available on the CSG website and may be printed and/or saved for your records.