IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 19-cv-00306-RBJ | Date: October 18, 2019 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| TONY BOYER | *Kevin J. Dolley* |
| **Plaintiff** | |
| v. | |
| CELERITY SOLUTIONS GROUP, LLC | *Logan R. Martin* |
| DARA TRIBELHORN | |
| **Defendants** | |

## COURTROOM MINUTES

**MOTION HEARNIG ON CLASS CERTIFICATION**

Court in Session: 9:33 a.m.

Appearance of counsel.

9:34 a.m.    Argument given by Mr. Dolley.

9:47 a.m.    Argument given by Mr. Martin.

The Court makes findings of fact, conclusions of law.

**ORDERED: [28] Second Motion for FLSA Conditional Class Certification is GRANTED.**

        **Plaintiff is to provide its calculation of damages by October 23, 2019.**

Discussion held on settlement conference with the magistrate judge.

Court in Recess: 10:12 a.m.        Hearing concluded.        Total time in Court: 00:39