**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-00306-RBJ

TONY BOYER,
Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CELERITY SOLUTIONS GROUP, LLC, *et al.*,

    Defendants.

## NOTICE OF FILING CONSENT TO BECOME PARTY PLAINTIFF

The following Plaintiffs are hereby joined in the instant action by the filing of signed Consent to Join Forms pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), correct copies of which are attached hereto as Exhibits 1-4:

    Rebecca Bowen

    JoAnna Quintana-Davis

    Patricia Nunn

    Tiffani Bree Bishop

2

Respectfully Submitted,

*/s/ Kevin J. Dolley*
Kevin J. Dolley, USDC No. 54132MO
LAW OFFICES OF KEVIN J. DOLLEY, LLC
2726 S. Brentwood Blvd.
St. Louis, MO 63144
Telephone: (314) 645-4100
Facsimile: (314) 736-6216
kevin@dolleylaw.com

*Attorney for Plaintiff Tony Boyer*
*and those Similarly Situated*

## CERTIFICATE OF SERVICE

I hereby certify that I have on November 13, 2019 served a true and accurate copy of the foregoing through the Court's CM/ECF system to the following:

Logan Martin
Westerfield & Martin, LLC
600 17th St.
Suite 2800, South Tower
Denver, CO 80202
Telephone: (303) 915-5002
Email: logan@westerfieldlaw.com

*/s/ Kevin J. Dolley*